UNITED STATES of America,
Plaintiff–Appellee,

v.

Onan Alexis Reyes CASTILLO, a.k.a. Alexis Reyes, Defendant–Appellant.

No. 10–50117.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 14, 2011.

Bobby Chen, Special Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Nancy Spiegel, United States Attorney Office, Los Angeles, CA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Onan Alexis Reyes Castillo, Pecos, TX, pro se.

Kathryn Ann Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Onan Alexis Reyes Castillo appeals from his guilty-plea conviction and 37–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Reyes Castillo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).